CASE No.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**Susan Seltzer**

*Plaintiff*

v.

**FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.**,

*Defendant.*

## EXHIBIT B –FINRA DERIVATIVE WORK AND METADATA TAGGING

This Exhibit demonstrates the unauthorized linking of FINRA Awards Online to Plaintiff's business and professional writings, constituting a prohibited derivative work in violation of FINRA's Terms of Service. The screenshots show a Google search of FINRA Awards Online and how metadata manipulation led to reputational harm, including the closure of Plaintiff's online business in 2021.

**Screen Shot 1- Normal Posting without Business Linking on February 20. 2025**





**Screenshot 2: January 26, 2022- Derivative Work Linking to Plaintiff's Business**

 This screenshot demonstrates how FINRA's Awards Online URL improperly linked the arbitration Award to Plaintiff's business and professional online publications, reflecting metadata manipulation first discovered by Plaintiff in January 2022.  This unauthorized derivative work forced Plaintiff to close her online business in 2021 due to reputational harm.

> https://www.finra.org › arbitration-mediation › arbitration-awards-online

## About the source ⓘ

### Financial Industry Regulatory Authority
Corporation

The Financial Industry Regulatory Authority is a private American corporation that acts as a self-regulatory organization that regulates member brokerage firms and exchange markets. From Wikipedia

#### In their own words

FINRA is dedicated to protecting investors and safeguarding market integrity in a manner that facilitates vibrant capital markets. ... To protect investors and ensure the market's integrity, FINRA is a government-authorized not-for-profit organization that oversees U.S. broker-dealers. From www.finra.org

#### Site first indexed by Google
More than 10 years ago

#### Web results about the source
From searches for the source's names

https://www.investopedia.com › Degrees & Certifications › Finra Exams
**Financial Industry Regulatory Authority (FINRA)**
The Financial Industry Regulatory Authority (FINRA) is a nongovernmental organization that writes and enforces rules for brokers and broker-dealers.

https://smartasset.com › financial-advisor › all-about-finra
**All About FINRA (Financial Industry Regulatory Authority)**
November 29, 2021 — FINRA stands for Financial Industry Regulatory Authority. This non-governmental agency sets rules to protect investors. Here's what you need to know.

https://www.fool.com › knowledge-center › what-is-finra
**What is FINRA?**
July 21, 2016 — FINRA, or the Financial Industry Regulatory Authority, regulates securities brokers and the firms they work for.

⌄ Show more

## About the topic ⓘ

### Related results

https://www.sos.state.mn.us › media › check-the-ticker-sbc  PDF
**Untitled**
Seltzer. Contact Name. Phone Number. Entities that own, lease, or have any financial interest in agricultural land or land capable of being ...
March 15, 2017

https://www.dol.gov › sites › dolgov › files › EBSA › laws-and-regulations › rules-and-regulations › public-comments  PDF
**Public Comment**
Susan Seltzer. President. The Derivative Project ... FINRA took no action against Charles Schwab despite knowledge of these regulatory breaches.
December 30, 2010

https://www.sec.gov › comments › cf-title-ix › investor-advocate › investoradvocate-21  PDF



**Screen Shot 3 – Evidence of Continued Harm and Improper Linking**

This screenshot further confirms the improper linking created by FINRA's metadata manipulation. The association between the Award and Plaintiff's business was abnormal, unauthorized, and directly responsible for reputational harm.

#### What Is FINRA And What Does It Do?

June 5, 2024 — FINRA is a non-governmental, self-regulatory organization that enforces various rules governing brokers and broker-dealer firms in the United States.

⌄ Show more

**Site first indexed by Google**

More than 10 years ago

See previous versions on Internet Archive's Wayback Machine

## About the topic 

**Related results**


Halling & Cayo
https://hallingcayo.com › Latest News From Halling & Cayo

#### FINRA Arbitration Awards – Will I Recover My Losses?

Are you an investor considering suing your stockbroker, brokerage firm, or financial advisor in a FINRA arbitration? You probably want to know if you can.

October 25, 2016




Bakhtiari & Harrison
https://bhseclaw.com/faqs/

#### Frequently Asked Questions About Securities Arbitration, FAQs

FINRA arbitration is a method of resolving disputes between investors and brokerage firms or financial advisors outside the court system.


Investor.gov
https://www.investor.gov › introduction-investing › general-resources › news-alerts › alerts-bulletins › brok…

#### Broker-Dealer/Customer Arbitration: Investor Bulletin

… FINRA's Arbitrator Appointment Frequently Asked Questions or FINRA's How Parties Select Arbitrators . … arbitration awards is available on FINRA's website .

June 14, 2022

⌄ Show more