UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SUSAN SELTZER,

                      Plaintiff,

              -against-

FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC.,

                     Defendant.
------------------------------------------------------------------X

**ORDER**

**25-CV-01680 (JAV) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      Plaintiff's request to correct the docket entry is **GRANTED.** The cause number has been corrected by the clerk's office and now reflects a breach of contract claim.

      Plaintiff's request to file her address and telephone number under seal is **GRANTED**.

      Susan Seltzer ("Ms. Seltzer") filed a motion requesting to file her address and telephone number under seal due to security concerns. Dkt. No. 6. Ms. Seltzer outlined concerns about identity theft, the "dark web," and safety concerns in her motion to the Court. Id. at 1-2.

      In considering the motion to seal, this Court must first determine whether the document requested to be sealed is a "judicial document." Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119-20 (2d Cir. 2006). If so, the Court determines the weight of the presumption of public access attaching to the document and whether there are any countervailing factors that outweigh the common law right of public access. Id.

This Court finds the address and telephone number are not "judicial documents." To be a "judicial document," the item in question "must be relevant to the performance of the judicial function and useful in the judicial process." United States v. Amodeo, 44 F.3d 141, 145 (2d Cir. 1995). Because Ms. Seltzer's personal address and telephone number do not fall within that category, this Court need not complete the remainder of the analysis.

For the reasons stated above, Ms. Seltzer's motion to file her address and telephone number under seal is **GRANTED**.

**The Clerk of Court is respectfully requested to close Dkt. No. 6 and Dkt. No. 9.**

SO ORDERED.

DATED:   New York, New York
         September 29, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge